Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MCMANUS, as parent and natural guardian of, KYLE MCMANUS, a minor, and QUYNH ANH HUU NGUYEN, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>INTERACTIVE EDUCATION CONCEPTS, INC. d/b/a IMPROV LEARNING and IMPROV SAFETY, a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-06559-MWF-ADS<br><br>*Assigned for all purposes to the Honorable Judge Michael W. Fitzgerald*<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint filed: August 13, 2021<br>Trial Date:　　　May 9, 2023 |

Plaintiffs Jennifer McManus, as parent and natural guardian of Kyle McManus, a minor, and Quynh Anh Huu (hereinafter jointly "Plaintiff") hereby notifies the Court that the claims of Plaintiffs have settled on an individual basis. A Joint Stipulation to Dismiss Case with Prejudice as to Plaintiff's individual claims and without prejudice as to the putative class will be filed upon execution of a formal settlement agreement in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: September 29, 2022                    Respectfully Submitted,

*/s/ Binyamin I. Manoucheri*
Thiago M. Coelho
Binyamin I. Manoucheri
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 29, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: September 29, 2022                               */s/ Binyamin I. Manoucheri*
                                                          Binyamin I. Manoucheri