JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MCMANUS, as parent and natural guardian of, KYLE MCMANUS, a minor, and QUYNH ANH HUU NGUYEN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>INTERACTIVE EDUCATION CONCEPTS, INC. d/b/a IMPROV LEARNING and IMPROV SAFETY, a California corporation; and DOES 1 to 10, inclusive,<br><br>      Defendants. | Case No.:  CV 21-6559-MWF(ADSx)<br><br>**ORDER GRANTING JOINT STIPULATED DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint filed:    August 13, 2021 |

///
///
///
///
///
///

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On January 20, 2023, the Parties filed a Joint Stipulated Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. 41].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the purported class. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

Dated: January 23, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge